UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARYTZA GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:15-cv-00766-RLY-DML |
| ) | |
| INDIANAPOLIS HOUSING AGENCY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON PLAINTIFF'S MOTION TO DISMISS COUNT III WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Marytza Golden, moves to dismiss Count III of her Amended Complaint (race discrimination under 42 U.S.C. § 1981) with prejudice. Plaintiff's motion (Filing No. 41) is **GRANTED**. Each party shall bear their own costs and attorney's fees.

**SO ORDERED** this 12th day of April 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.