UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARYTZA GOLDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:15-cv-00766-RLY-DML |
| INDIANAPOLIS HOUSING AGENCY, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S STATEMENT OF DEFENSES**

Defendant Indianapolis Housing Agency ("IHA"), by counsel and pursuant to Section II(D) of the Case Management Order approved on August 14, 2015 (Dkt. 21), hereby states as follows:

1. The non-expert and liability discovery deadline expired on April 16, 2016. Dkt. 21.

2. IHA denies all of Plaintiff's claims in this action.

3. The evidence will establish that Plaintiff is not a "qualified individual" with a disability as that term is defined for purposes of the Rehabilitation Act and the Americans with Disabilities Act, as amended.

4. The evidence will establish that Plaintiff could not perform the essential functions of her job, with or without any reasonable accommodation.

5. The evidence will establish that Defendant terminated Plaintiff's employment in accordance with its policies, because she exceeded the maximum allowable period to be away from work, 16 weeks.

6. The evidence will establish that Plaintiff was not medically released to work at all at the time of her termination from IHA.

7. The evidence will establish that no reasonable accommodation was possible.

8. The evidence will establish that Plaintiff remained completely unable to work for an extended period of time, approaching a full year, following her termination.

9. The evidence will establish that Plaintiff suffered no earnings loss because of the employer provided long term disability insurance benefits which she received.

          Respectfully submitted,

          */s/ Kathleen E. Field*_____
          Kathleen A. DeLaney (#18604-49)
          Kathleen E. Field (#28559-49)
          DeLaey & DeLaney LLC
          3646 Washington Blvd.
          Indianapolis, IN 46205
          Attorneys for Defendant Indianapolis Housing Agency

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Ryan P. Sink
Ryan C. Fox
FOX WILLIAMS & SINK, LLC
rsink@fwslegal.com
rfox@fwslegal.com

          */s/ Kathleen E. Field*_____
          Kathleen E. Field (#28559-49)

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205