UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARYTZA GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:15-cv-00766-RLY-DML |
| ) | |
| INDIANAPOLIS HOUSING AGENCY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

All claims raised in Plaintiff's Complaint have been resolved by virtue of Defendants' Motions for Summary Judgment. Accordingly, the court enters final judgment in favor of the Defendants and against the Plaintiff, Marytza Golden.

**SO ORDERED** this 23rd day of January 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1